1
2
3
4
5
6
7
8             **IN THE UNITED STATES DISTRICT COURT**
9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| SHEA MICHAEL HUGHES, | No.  2:21-CV-0360-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CLEMENTE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis. ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis is, therefore, granted.

        IT IS SO ORDERED.

Dated:  March 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1