IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEA MICHAEL HUGHES,<br><br>Plaintiff,<br><br>v.<br><br>CLEMENTE, et al.,<br><br>Defendants. | No. 2:21-CV-0360-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 15, 2021, Plaintiff filed his first amended complaint without signing it. ECF No. 11, pg. 10; see also ECF No. 1, pg. 10 (Plaintiff's signature on original complaint). The Federal Rules of Civil Procedure provides:

> Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. . . . The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.

Fed. R. Civ. P. 11(a); see also Local Rule 131(b).

/ / /

/ / /

/ / /

1

Because Plaintiff did not sign his first amended complaint, it is stricken. Plaintiff is directed to file a signed first amended complaint within 30 days of the date of this order. If no signed first amended complaint is filed within the time provided, the case shall proceed on Plaintiff's original complaint against the County of Solano only, as outlined in the Court's August 24, 2021, screening order.

IT IS SO ORDERED.

Dated:  December 1, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2