# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEA MICHAEL HUGHES, | No. 2:21-CV-0360-DJC-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CLEMENTE, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On July 20, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No party filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.  The Court notes that on May 2, 2022 Plaintiff filed a Notice of Change of Address (ECF No. 18), followed by a request on August 3, 2022 that the court confirm his address had been updated (ECF No. 20).  The Court observes that the address provided by the Plaintiff in ECF No.

18 is the one currently being used to attempt service of court orders, which have been returned as undeliverable.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2023, are adopted in full;

2. This action is dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: __September 25, 2023__

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE